UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARON N. HAGHIGHI, | ) |
| | ) |
| Plaintiff, | ) CASE NO.   C06-1742-TSZ |
| | ) |
| v. | ) |
| | ) |
| SNOHOMISH COUNTY, *et al.*, | ) ORDER GRANTING DEFENDANTS' |
| | ) MOTION TO DISMISS |
| Defendants. | ) |
| _____ | ) |

The Court, having reviewed plaintiff's second amended complaint, defendants' motion to dismiss this action, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss (Dkt. No. 55) is GRANTED, and this action is DISMISSED, without prejudice, for failure to exhaust administrative remedies.

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - 1

(3)     The Clerk is directed to count this dismissal as a strike under **28 U.S.C. § 1915(g)**, and to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 4th day of February, 2008.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - 1